```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARRIS KUTTNER, et al.         :      CIVIL ACTION
                               :
         v.                    :
                               :
UNGERER & CO., INC., et al.    :      NO. 05-1257
```

ORDER

AND NOW, this      day of April, 2005, it is hereby ORDERED that the motion of plaintiffs Harris Kuttner and Elyse Kuttner to remand this action to the Court of Common Pleas of Philadelphia County, Pennsylvania is GRANTED on the ground that the proper consent of all defendants to removal was not obtained. See Green v. Target Stores, Inc., 305 F. Supp. 2d 448 (E.D. Pa. 2004); Landman v. Borough of Bristol, 896 F. Supp. 406 (E.D. Pa. 1995).

BY THE COURT:

_____
                                                          J.